ACCEPTED
04-15-00487-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
11/18/2015 6:15:15 PM
KEITH HOTTLE
CLERK

NO. 04-15-00487-CV

# In the Fourth Court of Appeals
## San Antonio, Texas

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
11/18/2015 6:15:15 PM
KEITH E. HOTTLE
Clerk

CONOCOPHILLIPS COMPANY et al.

v.

LEON OSCAR RAMIREZ, JR. et al.

---

## APPELLEES' MOTION TO REINSTATE APPEAL

---

TO THE HONORABLE FOURTH COURT OF APPEALS:

Leon Oscar Ramirez, Jr. and Jesus M. Dominguez, as Guardian for Minerva Clementina Ramirez, an incapacitated person, Appellees and Cross-Appellants, file this motion to reinstate the appeal and for cause show:

1. On November 11, 2015, ConocoPhillips Company, defendant in the trial court and one of the appellants, filed a notice of bankruptcy stating that on October 26, 2015, while this appeal was pending, Leon Oscar Ramirez, Jr., Appellee and Cross-Appellant in this appeal, filed a petition in bankruptcy, in Case Number 15-50164, in the United States Bankruptcy Court for the Southern District of Texas, Laredo Division, styled *In re Leon Oscar Ramirez, Jr.*

2. On November 13, 2015, this Court ordered the appeal abated and removed from the court's active docket pursuant to Tex. R. App. P. 8.2. The Court also ordered

1

that the appeal would be reinstated upon proper motion and proof. Tex. R. App. P. 8.3.

3. On November 18, 2015, the Bankruptcy Court signed an order lifting the automatic stay provided by 11 U.S.C. § 362, precisely so that this appeal may continue to judgment. Attached hereto is a true and correct copy of the Bankruptcy Court's order lifting the automatic stay.

4. Therefore, Appellees and Cross-Appellants request that the Court reinstate the appeal on the Court's active docket.

/s/ Alberto Alarcon
Alberto Alarcon
   State Bar No. 00968425
HALL, QUINTANILLA & ALARCON, LC
P.O. Box 207
1302 Washington
Laredo, Texas 78042-0207
(956) 723-5527
(956) 723-8168 (fax)
aalarcon@sbcglobal.net

Lisa Bowlin Hobbs
   State Bar No. 24026905
KUHN HOBBS PLLC
3307 Northland Drive, Suite 310
Austin, Texas 78731
(512) 476-6000
(512) 476-6002 (fax)
lisa@kuhnhobbs.com

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this motion was served on this 18th day of November, 2015, to the following parties and counsel as designated:

Michael V. Powell                                         via e-service
Locke Lord LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201

John A. Kazen                                             via e-service
211 Calle del Norte, Suite 100
Laredo, Texas 78041-6237

Bruce J. Werstak, III                                     via e-service
6721 McPherson Road, Suite 360
Laredo, TX 78041

Jesse R. Castillo                                         via e-service
Bank of America Plaza, Suite 1020
300 Convent St.
San Antonio, Texas 78205

                                    /s/ Alberto Alarcon
                                    Alberto Alarcon

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

ENTERED
FILED IN        11/18/2015
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

11/18/2015 6:15:15 PM
KEITH E. HOTTLE
Clerk

IN RE:                                §
                                      §
LEON OSCAR RAMIREZ, JR.               §          CASE NO. 15-50164
                                      §          (Chapter 11)
        Debtor.                       §

ORDER GRANTING MOTION FOR RELIEF
FROM THE AUTOMATIC STAY
(Docket No. 14)
FINDINGS OF FACT

The Court finds that on October 26, 2015 the Debtor filed a chapter 11 petition for relief under chapter 11, Title 11, United State Code, which was assigned Case No. 15-50164.

The Court further finds that the Debtor is an appellee in a case pending before the 4th Court of Appeals styled *ConocoPhillips Company, and Rodolfo C. Ramirez, Individually and as the Independent Administrator of the Estate of Ileana Ramirez, and El Milagro Minerals, Ltd. v. Leon Oscar Ramirez, Jr., Individually, and Jesus M. Dominguez,* Court of Appeals Number 04-15-00487.

The Court further finds that pursuant to Tex. R. App. P. 8.2 the appeal was abated and removed from the court's active docket on November 13, 2015. *(See attachment "A.")*

The Court further finds that pursuant to a letter dated November 16, 2015 counsel for Appellant apprised counsel for the Debtor that Appellant would not oppose the Motion for Relief From Stay to allow the appeal to proceed in Cause No. 04-15-00487-CV. *(See attachment "B.")*.

CONCLUSION OF LAW

The Court concludes, therefore, that the Motion for Relief, having no opposition filed of record, may be approved as requested. It is therefore

ORDERED, that the Motion for Relief From Stay [Dkt #14] is GRANTED. It is further

ORDERED, that the automatic stay is lifted to allow the appeal in Case No. 04-15-00487-CV styled *ConocoPhillips Company, and Rodolfo C. Ramirez, Individually and as the Independent Administrator of the Estate of Ileana Ramirez, and El Milagro Minerals, Ltd. v. Leon Oscar Ramirez, Jr., Individually, and Jesus M. Dominguez* to proceed in the 4th Court of Appeals in San Antonio, Texas and any further appeal from a decision of the 4th Court of Appeals.

**Signed:  November 18, 2015.**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**



# COURT OF APPEALS

| SANDEE BRYAN MARION | FOURTH COURT OF APPEALS DISTRICT | KEITH E. HOTTLE |
| --- | --- | --- |
| CHIEF JUSTICE | CADENA-REEVES JUSTICE CENTER | CLERK OF COURT |
| KAREN ANGELINI | 300 DOLOROSA, SUITE 3200 | |
| MARIALYN BARNARD | SAN ANTONIO, TEXAS 78205-3037 | |
| REBECA C. MARTINEZ | WWW.TXCOURTS.GOV/4THCOA.ASPX | TELEPHONE |
| PATRICIA O. ALVAREZ | | (210) 335-2635 |
| LUZ ELENA D. CHAPA | | |
| JASON PULLIAM | | FACSIMILE NO. |
| JUSTICES | | (210) 335-2762 |

November 13, 2015

Lisa Hobbs
Kuhn Hobbs PLLC
* DELIVERED VIA E-MAIL *

Alberto Alarcon
Hall, Quintanilla & Alarcon
* DELIVERED VIA E-MAIL *

J. Francisco Tamez
Kazen, Meurer & Perez, L.L.P.
* DELIVERED VIA E-MAIL *

Jesse R. Castillo
Castillo Snyder, P.C.
* DELIVERED VIA E-MAIL *

Michael V. Powell
Locke Lord LLP
* DELIVERED VIA E-MAIL *

RE:   Court of Appeals Number:   04-15-00487-CV
      Trial Court Case Number:   7,637
      Style:  ConocoPhillips Company, and Rodolfo C. Ramirez, Individually
      and as the Independent Administrator of the Estate of Ileana Ramirez, and
      El Milagro Minerals, Ltd.

                   v.

      Leon Oscar Ramirez, Jr., Individually, and Jesus M. Dominguez,
      as Guardian for Minerva Clementina Ramirez, an incapacitated person,
      Individually

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
KEITH E. HOTTLE, CLERK

Luz Estrada
Deputy Clerk, Ext. 53219

cc:   Leticia Murillo Escamilla (DELIVERED VIA E-MAIL)
      Dora Martinez Castanon (DELIVERED VIA E-MAIL)
      Cynthia Keely Timms (DELIVERED VIA E-MAIL)
      Cynthia  Perez Lenz (DELIVERED VIA E-MAIL)
      Melanie Castillo (DELIVERED VIA E-MAIL)
      Ginny Henderson (DELIVERED VIA E-MAIL)
      Amanda Cottrell (DELIVERED VIA E-MAIL)
      Adolfo Campero, Jr. (DELIVERED VIA E-MAIL)
      Kurt Kuhn (DELIVERED VIA E-MAIL)
      John A. Kazen (DELIVERED VIA E-MAIL)
      Darrell L. Barger (DELIVERED VIA E-MAIL)

FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

November 13, 2015

No. 04-15-00487-CV

**CONOCOPHILLIPS COMPANY**, and Rodolfo C. Ramirez, Individually and as the
Independent Administrator of the Estate of Ileana Ramirez, and El Milagro Minerals, Ltd.,
Appellants

v.

Leon Oscar **RAMIREZ**, Jr., Individually, and Jesus M. Dominguez, as Guardian for Minerva
Clementina Ramirez, an incapacitated person, Individually,
Appellees

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 7,637
The Honorable Jose A. Lopez, Judge Presiding

# O R D E R

ConocoPhillips Company, defendant in the trial court, filed a notice of appeal on June 8, 2015. Leon Oscar Ramirez, Jr., Individually, and Jesus M. Dominguez, as Guardian for Minerva Clementina Ramirez, an incapacitated person, Individually, filed a notice of a cross-appeal on June 11, 2015. Other defendants in the trial court, Rodolfo C. Ramirez, Individually and as the Independent Administrator of the Estate of Ileana Ramirez, and El Milagro Minerals, Ltd., also filed a notice of appeal on July 29, 2015.

ConocoPhillips filed a Notice of Bankruptcy stating that on October 26, 2015, while this appeal was pending, Leon Oscar Ramirez, Jr., Appellee and Cross-Appellant in this appeal, filed a petition in bankruptcy, in Case Number 15-50164, in the United States Bankruptcy Court for the Southern District of Texas, Laredo, styled *In re Leon Oscar Ramirez, Jr.*

We **order** the appeal abated and removed from the court's active docket. *See* TEX. R. APP. P. 8.2. The appeal will be reinstated only upon proper motion and proof. *See* TEX. R. APP. P. 8.3; 4th TEX. APP. (SAN ANTONIO) LOC. R. 4. All motions and other documents pending or filed are abated subject to being reurged in the event the case is reinstated.

We further order the clerk of this court to send copies of this order to the clerk of the trial court, the court reporter, and the attorneys of record.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of November, 2015.

Keith E. Hottle
Clerk of Court



**Locke Lord** LLP

Attorneys & Counselors

2200 Ross Avenue, Suite 2200
Dallas, TX 75201
Telephone: 214-740-8000
Fax: 214-740-8800
www.lockelord.com

Cynthia K. Timms
Direct Telephone: 214-740-8635
Direct Fax: 214-756-8635
ctimms@lockelord.com

November 16, 2015

*VIA U.S. MAIL and ELECTRONIC MAIL*

Jesse Blanco [lawyerjblanco@gmail.com]
Attorney at Law
7406 Garden Grove
San Antonio, Texas 78250

Re:     *In re: Leon Oscar Ramirez, Jr.* Case No. 15-50164
        in the United States Bankruptcy Court, Southern District of Texas (Laredo)

Dear Jesse:

I am writing on behalf of ConocoPhillips Company with regard to the Motion for Relief from the Automatic Stay that you filed in the referenced bankruptcy on October 30, 2015. ConocoPhillips does not oppose the motion for relief from the stay to allow the appeal in Cause No. 04-15-00487-CV styled *ConocoPhillips Company v. Leon Oscar Ramirez, Jr. et al.* to proceed in the Fourth Court of Appeals in San Antonio, Texas and in any further appeals from a decision of the Fourth Court of Appeals.

Please let me know whether I need to do anything further on this matter.

Sincerely,

Cynthia K. Timms

CKT/tat